# EXHIBIT B

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

RONDA MORRIS, Individually and as )
Independent Administrator of the Estate of )
Raymond L. Morris, deceased, )
                                              )
       Plaintiff, )
                                              )
v. )   No. 10-L- 382
                                              )
HARTFORD LIFE INSURANCE COMPANY )
d/b/a THE UNION LABOR LIFE INSURANCE )
COMPANY, )
                                              )
       Defendant. )

FILED
ST. CLAIR COUNTY
JUL 2 3 2010
*Bude F. Kell*
CIRCUIT CLERK

## COUNT I

Now comes the Plaintiff, RONDA MORRIS, Individually and as Independent Administrator of the Estate of Raymond L. Morris, deceased, and for her complaint against the Defendant, HARTFORD LIFE INSURANCE COMPANY d/b/a THE UNION LABOR LIFE INSURANCE COMPANY, herein and after known as "Hartford" and alleges as follows:

1. At all times mentioned herein, Raymond Morris was a resident of St. Clair County, Illinois.

2. At all times mentioned herein the Defendant, Hartford, was and is an insurance company licensed to do business in the State of Illinois and doing business in St. Clair County, Illinois.

3. At all times mentioned herein the Plaintiff, Rhonda Morris, was and is a resident of St. Clair County, Illinois.

4.  That Raymond Morris died on or about April 26, 2007.

5.  At the time of his death, Raymond Morris was insured by policy issued by Hartford, a copy of the certificate of insurance/policy is attached hereto and made a part hereof and marked as Exhibit "B".

6.  That prior to his death, Raymond Morris had listed Plaintiff, Ronda Morris, as the sole beneficiary for the insurance policy that is labeled and attached hereto as Exhibit "B".

7.  That timely proof of loss was made to Hartford pursuant to the terms of the policy.

8.  That demand has been made upon Hartford to pay the benefits due to the beneficiary pursuant to the terms of the attached policy but Hartford has vexatiously and willfully refused to make payment.

Wherefore, Plaintiff, Ronda Morris, Individually and as Independent Administrator of the Estate of Raymond L. Morris, prays for judgment against the Defendant, Hartford, in a sum in excess of Fifty Thousand Dollars ($50,000.00), plus attorney fees and costs.

**PLAINTIFF DEMANDS TRIAL BY JURY.**

Respectfully Submitted,

BROWN & ASSOCIATES

_____
Terry N. Brown, #00320005
5520 West Main Street
Belleville, Illinois 62226-4736
(618) 236-2887
(618) 236-2086 (facsimile)
*Attorneys for the Plaintiff*

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

RONDA MORRIS, Individually and as )
Independent Administrator of the Estate of )
Raymond L. Morris, deceased, )
)
Plaintiff, )
)
v. ) No. 10-L-
)
HARTFORD LIFE INSURANCE COMPANY )
d/b/a THE UNION LABOR LIFE INSURANCE )
COMPANY, )
)
Defendant. )

## AFFIDAVIT

STATE OF ILLINOIS )
) SS
COUNTY OF ST. CLAIR )

This Affidavit is made pursuant to Supreme Court Rule 222(b). Under the penalties of perjury as provided by Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the money damages sought by the Plaintiff herein does exceed $50,000.00.

_____
Terry N. Brown, #00320005

SUBSCRIBED and sworn to before me this 23rd day of July, 2010.

OFFICIAL SEAL
KRYSTAL L. LEEMON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES JUN. 10, 2013

_____
Notary Public

Ronda Morris v. Hartford Life Insurance          Page 3 of 3          10-L-



# The UNION LABOR LIFE INSURANCE COMPANY

EXECUTIVE OFFICE: 111 Massachusetts Avenue, NW • Washington, DC 20001

## GROUP ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE CERTIFICATE

This insurance Certificate pays benefits for death or dismemberment due to an accidental injury. No benefits are paid for death or dismemberment due to sickness. In this Certificate, The Union Labor Life Insurance Company is referred to as "we," "our," or "us." The Principal Insured is referred to as "you," "your," or "yours." This Certificate explains your coverage under the Group Policy. The Group Policy is a legal contract. You rely on us to honor its terms. We depend on your payment of premiums when due.

The Group Policy Number and the name of the Policyholder are shown in the Certificate Schedule. The Policy may be inspected during business hours at the office of the Policyholder.

### CERTIFICATE SCHEDULE

| INSUREDS: | CERTIFICATE BENEFITS: QNK 12 801B 2191 |
|---|---|
| PRINCIPAL INSURED: RAYMOND L MORRIS | • Accidental Death Benefit - $100,000<br>• Special Accident Hazard Benefit<br>  Motor Vehicle Hazard - $25,000<br>  Workplace Hazard - $50,000<br>  Common Carrier Hazard - $100,000<br>  Family Plan |

CERTIFICATE EFFECTIVE DATE: June 25, 1999
CERTIFICATE NUMBER: UH09598
RENEWAL PREMIUM: N/A

INITIAL PREMIUM: $45.75
$45.75 MONTHLY    $91.50 QUARTERLY    SEMI-ANNUALLY

INITIAL TERM: 3 Months
$183.00 ANNUALLY

GROUP POLICYHOLDER: UNION PRIVILEGE INSURANCE PLAN & TRUST
GROUP POLICY NUMBER: MP05067

**YOUR RIGHT TO EXAMINE THE CERTIFICATE FOR 60 DAYS:** You may return this Certificate for any reason within 60 days of: (1) the date you receive the Certificate; or if later, (2) the date of your first premium payment. Any premium payment is returned. The Certificate is treated as if it never existed. No benefits are paid.

IN WITNESS, this Certificate is signed by our Chairman and Chief Executive Officer.

*Robert A. Georgine*
Robert A. Georgine
Chairman and Chief Executive Officer

**THIS CERTIFICATE IS NOT A MEDICARE SUPPLEMENT.** If you are eligible for Medicare, review the Medicare Supplement Buyer's Guide available from the company.

THIS COVERAGE IS LIMITED TO ACCIDENTS AND DOES NOT PAY FOR LOSS DUE TO SICKNESS BENEFITS REDUCE AT AGE 70 AND FOR COVERED DEPENDENT SPOUSE AND CHILDREN PARTICIPATING

**EXHIBIT A**

ULLC-ADD-598 IL                                                                 Page 1

## TABLE OF CONTENTS

| | Page | | Page |
|---|---|---|---|
| Certificate Schedule | 1 | Labor Dispute Waiver of Premium | 5 |
| Your Right To Examine Certificate | 1 | Exclusions | 5 |
| Definitions | 2 | Who Receives the Benefits | 5 |
| When Coverage Starts And Stops | 3 | How To File A Claim | 6 |
|     Dependents | 3 | How We Pay Claims | 6 |
|     Newborn And Adopted Children | 3 | How You Pay Your Premium | 6 |
| What is Covered | 4 | Other Important Information | 7 |

### PART I: DEFINITIONS

A. **"ASSOCIATE UNION MEMBER"** means a person who is an Associate Union Member according to the AFL-CIO's membership standards or the standards of affiliated unions.

B. **"BENEFICIARY"** means the person who receives the payment of benefits. This is explained in PART VI.

C. **"CERTIFICATE ANNIVERSARY"** means any anniversary of the date this Certificate takes effect.

D. **"CERTIFICATE EFFECTIVE DATE"** means the date your coverage starts. It is shown on the Certificate Schedule on Page one.

E. **"COMMON CARRIER"** means any land, water or air conveyance operated under common carrier license for the transport of passengers for hire. A school bus is also considered a Common Carrier.

F. **"COVERED DEPENDENT"** means any Dependent who is insured under your Certificate.

G. **"DEPENDENT"** means: (1) your lawful spouse; and (2) your unmarried child(ren) who are under age 19 and primarily dependent on you for support and maintenance; and (3) your unmarried child(ren) who are: (a) under age 25; (b) a full-time student; and (c) primarily dependent on you for support and maintenance.

H. **"INJURY"** means bodily injury caused by an accident, directly and independently of all other causes. It must occur while an Insured's coverage is in force. Benefits for Injury are not paid for any loss caused by disease or by bodily or mental illness.

I. **"INSURED"** means the Principal Insured and each Covered Dependent who is insured under this Certificate.

J. **"LAND MOTOR VEHICLE"** means any vehicle designed for use on a public street or highway. This includes, but is not limited to, those vehicles considered "private passenger automobiles" by this Certificate. However, this does not include: (1) a farm type tractor or any equipment designed for use principally off public roads; or (2) any vehicle operated on rails or crawler treads.

K. **"LAPSE"** means the Certificate coverage stops because the premium due is not paid by the end of the Grace Period.

L. **"PARTICIPATING"** means your Certificate shares in our surplus earnings.

M. **"POLICY"** means the Group Policy. The Policy is the controlling contract under which this Certificate is issued. The Policy is held by the Policyholder.

N. **"POLICYHOLDER"** means the Group Policyholder. It is the entity which holds the Policy under which this Certificate is issued.

O. **"PREMIUM"** means the payment due to us for your insurance.

P. **"PRINCIPAL INSURED"** means only the eligible member who enrolled for coverage and who is named as the "Principal Insured" on the Certificate Schedule.

ULLC-ADD-598 IL                                                                                                                                            Page 2

Q. **"PRIVATE PASSENGER AUTOMOBILE"** means a four-wheel automobile which is not licensed to carry passengers for hire and which is of the pleasure, station wagon, van, jeep, or truck type with a factory load carrying capacity of 2,000 pounds or less. Also included are self-propelled motor home type vehicles of four wheels or more and recreational vehicles.

R. **"WORKPLACE"** means: (1) the place you perform union work as a paid employee; or (2) the primary place you work as a paid employee if you are an Associate Union Member.

## PART II: WHEN THE COVERAGE STARTS AND STOPS

A. **WHO IS ELIGIBLE**

All members of the Policyholder, as described in the Policy, are eligible to enroll.

B. **WHEN COVERAGE STARTS**

Before this coverage takes effect, you must: (1) enroll; and (2) pay the required premium. Your coverage then starts at 12:00 Noon, Standard Time, at your home on the Certificate Effective Date. If no premium is required when you enroll, you have 21 days from the Certificate Effective Date to pay your first premium. If you fail to do so, your Certificate is void from the start. No benefits are paid for any loss. **NOTE:** Part IX: "How You Pay Your Premium," explains various billing methods that you can choose.

1. **Dependents:** You may insure any Dependent on the later of:
   a. your Certificate Effective Date; or
   b. the date you first acquire a Dependent.

   To add a Dependent you must:
   a. send us a written request; and
   b. pay the extra premium, if any.

   The effective date for any additional Dependent is the date shown on our Certificate change form.

2. **Newborn and Adopted Children:** Any child born to an Insured is covered from the moment of birth. Any adopted child of an Insured is covered from the earlier of:
   a. the moment the adoption is recognized as legal by the Insured's home state; or
   b. the date coverage is required to start by the laws of the Insured's home state.

   A newborn or adopted child is a Covered Dependent for 31 days. Coverage then stops unless you:
   a. send us a written request to continue coverage; and
   b. pay the extra premium, if any.

   No extra premium is due for additional dependents when at least one dependent is already insured under your Certificate.

C. **WHEN COVERAGE STOPS**

Coverage under this Certificate stops if: (1) the Group Policy stops; (2) You stop being a member of the Group Policyholder (i.e., coverage stops at the end of a 31 day period following the premium due date on or after the date we are notified that you are no longer a member); or (3) the premium is not paid by the due date or during the 31 day Grace Period. A Covered Dependent's coverage also stops if the following happens:

1. **Covered Dependent Spouse:** A Covered Dependent spouse's coverage stops on the premium due date after a change in marital status. If this happens, such spouse may apply for a Certificate with similar benefits. We do not require proof of good health. We must receive a written request within 60 days of the change in marital status. The spouse then pays the premium for a single adult at his age.

2. **Covered Dependent Child:** A Covered Dependent child's coverage stops when the child:
   a. marries; or
   b. stops being dependent on you; or
   c. turns age 19 (25 for full-time Student).

   If one of these happens, the Covered Dependent child may apply for his own Certificate with similar benefits. We do not require proof of good health. We must receive a written request within 60 days of when coverage stops. The child then pays the premium for a single adult.

   **EXCEPTION:** You may continue coverage for a Covered Dependent child under this Certificate if, at age 19, the child is: (a) enrolled as a full-time day student in an accredited post secondary school or college or vocational or technical school; (b) unmarried; and (c) primarily dependent on you for support and maintenance. You must send us a written request within 60 days of when coverage for the child stops. Coverage will then continue until the earliest of: (a) the date the child is no longer enrolled as a full-time student, or (b) the date the child becomes age 25.

D. **PRINCIPAL INSURED'S DEATH**

   If you die, the Covered Dependent spouse, if any, becomes the Principal Insured. We must receive notice of your death. Premiums will be adjusted if necessary.

## PART III: WHAT IS COVERED

A. **ACCIDENTAL DEATH AND DISMEMBERMENT BENEFIT**

   We pay a benefit if an Injury results in an Insured's loss of life, limb, sight, hearing, or speech. The Injury must occur while this Certificate is in force. The Loss must occur within 365 days of the Injury.

   We pay benefits according to the following Table of Benefits. We pay a percentage of the Accidental Death Benefit shown on your Certificate Schedule for each covered loss. The percentage is determined according to: (1) the age and family status of the Insured; and (2) the type of loss.

### TABLE OF BENEFITS

| LOSS | BENEFIT AMOUNT | | | | |
|---|---|---|---|---|---|
| | Principal Insured On The Date of Injury | | Insured Spouse On The Date of Injury | | Each Insured Child |
| | Under Age 70 | Age 70 And Over | Under Age 70 | Age 70 And Over | |
| Life | 100% | 50% | 50% | 25% | 10% |
| Both Hands | 100% | 50% | 50% | 25% | 10% |
| Both Feet | 100% | 50% | 50% | 25% | 10% |
| Sight Of Both Eyes | 100% | 50% | 50% | 25% | 10% |
| One Hand and One Foot | 100% | 50% | 50% | 25% | 10% |
| One Hand and Sight of One Eye | 100% | 50% | 50% | 25% | 10% |
| One Foot and Sight of One Eye | 100% | 50% | 50% | 25% | 10% |
| One Hand | 50% | 25% | 25% | 12.5% | 10% |
| One Foot | 50% | 25% | 25% | 12.5% | 10% |
| Sight of One Eye | 50% | 25% | 25% | 12.5% | 10% |
| Speech | 50% | 25% | 25% | 12.5% | 10% |
| Hearing | 50% | 25% | 25% | 12.5% | 10% |
| Thumb and Index Finger on Same Hand | 25% | 12.5% | 12.5% | 6.25% | 10% |

Loss of hands or feet means dismemberment by actual severance at or above the wrist or ankle joint. Loss of thumb and index finger means total loss of thumb and index finger on the same hand. Loss of sight must be complete, irrecoverable, and the direct result of physical damage to the eye and/or optic nerve. Loss of speech or hearing must be complete and irrecoverable.

If more than one loss occurs to any one Insured as a result of the same accident, only one sum, the larger, will be paid.

B. **SPECIAL ACCIDENT HAZARD DEATH BENEFIT (Principal Insured Only)**

We pay an additional accidental death benefit if you die as a result of a Special Accident Hazard listed below. We pay the amount shown on your Certificate Schedule. The Injury must occur while this Certificate is in force. Death must occur within 365 days of the Injury. Only one benefit is paid for any one accident, the greater.

1. **Motor Vehicle Hazard:** This Hazard occurs if you die as a result of being injured:
   a. while riding in or driving a Private Passenger Automobile;
   b. if struck, as a pedestrian, by a Private Passenger Automobile or any other Land Motor Vehicle; or
   c. while driving for hire a Land Motor Vehicle.
2. **Workplace Hazard:** This Hazard occurs if you die as a result of being injured at your Workplace while performing your union work (Associate Union Members while performing regularly scheduled work).
3. **Common Carrier Hazard:** This Hazard occurs if you die as a result of being injured while:
   a. riding on a Common Carrier; or
   b. getting on or off the Common Carrier.

C. **INFLATION GUARD BENEFIT**

This provision increases the Accidental Death and Dismemberment Benefit for each Insured. On the second Certificate Anniversary, the Accidental Death and Dismemberment Benefit increases by 5%. It then continues to increase every two years on the Certificate Anniversary by the same amount (5% of your original Accidental Death and Dismemberment Benefit). The increases stop when the Accidental Death and Dismemberment Benefit has been increased by 25% of the original Accidental Death and Dismemberment Benefit.

### PART IV: LABOR DISPUTE WAIVER OF PREMIUM

In the event you are (1) participating in a strike authorized by your union or (2) locked out as the result of a labor dispute between your union and employer, we will waive all premiums. The strike or lock-out must begin while this Certificate is in force. The waiver begins on the first quarterly premium due date following the start of the strike or lock-out. You must send us proof of the strike or lock-out (i.e., verification from your union). The waiver stops and premium payment must resume on the earliest of:
   a. one year from when the waiver began;
   b. the next quarterly premium due date after the strike or lock-out is resolved;
   c. the next quarterly premium due date after you return to work;
   d. the next quarterly due date after your employment is terminated.

### PART V: EXCLUSIONS

This Certificate does not cover loss caused by or resulting from:
   a. intentionally self-inflicted Injury, suicide, or any attempt at suicide;
   b. the voluntary use of drugs, medications or sedatives, unless prescribed by a physician;
   c. being legally intoxicated as defined in the state where the Injury occurs;
   d. travel in any non-commercial aircraft;
   e. an Injury that occurs while the Insured is committing or attempting to commit an assault or felony; or
   f. sickness, or bodily or mental illness. Exception: Bacterial infection resulting from accidental bodily injury, or involuntary or unintentional ingestion of an infectious organism or contaminated substance is covered.

### PART VI: WHO RECEIVES THE BENEFITS

A. **BENEFICIARY:** You choose the person who receives the death benefit. This person is called the Beneficiary. The Beneficiary is shown on the Certificate Schedule. If there is no Beneficiary when you die, benefits are paid: (1) to your living spouse; or (2) if you do not have one, in equal shares to your living, lawful children; or (3) if there are none, in equal shares to your living, lawful parents; or (4) if there are none, in equal shares to your living, lawful brothers and sisters; or (5) if there are none, to your estate. Spouse means only the one to whom you are lawfully married on the date of your death. Except in the case of a legal adoption, lawful

ULLC-ADD-598 IL                                                                                                     Page 5

children, parents, brothers and sisters do not mean "step" children, parents, brothers or sisters. Dismemberment benefits and any benefits for your Covered Dependent spouse and children are paid to you.

B. **CHANGING THE BENEFICIARY:** You can change your Beneficiary at any time unless you name a permanent Beneficiary. A permanent Beneficiary is one that can never be changed unless the Beneficiary approves the change. We must receive written notice of any change. We must acknowledge the change for it to be effective.

## PART VII: HOW TO FILE A CLAIM

A. **NOTICE OF CLAIM:** You must notify us within 30 days after an Insured's death, or as soon as possible. Notice is sent to The Union Labor Life Insurance Company, Service Center, Valley Forge, PA 19493-3333. You should always include your name and Certificate Number.

B. **CLAIM FORMS:** When we receive a notice of claim, we send forms for filing proof of loss. If the forms are not received within 15 days, the Beneficiary or you should submit in writing the nature and extent of the loss. The statement should be sent within the time noted for Proof of Loss.

C. **PROOF OF LOSS:** Written proof must be given within 90 days after the loss or as soon as possible. In any event, the proof required must be given no later than one year from the time specified unless it was legally impossible to do so.

## PART VIII: HOW WE PAY CLAIMS

A. **PAYMENT OF CLAIMS:** Payment is made when we get written proof of an Insured's accidental death or dismemberment.

B. **EXAMINATION OF YOUR HOSPITAL OR PHYSICIAN RECORDS:** We may, at our expense, examine an Insured's Hospital and Physician records as often as reasonably necessary while a claim is pending.

C. **PHYSICAL EXAMINATION AND AUTOPSY:** When a claim is submitted, we have the right to have a physical examination and autopsy performed on an Insured where it is not forbidden by law. We pay for these expenses.

## PART IX: HOW YOU PAY YOUR PREMIUM

A. **PREMIUM PAYMENTS:** You keep coverage in force by paying the premiums. Your first premium is due as stated in the "When Coverage Starts" provision. After that, premiums are due on the first day of each renewal period. Three payment methods are available: (1) we can bill you directly; (2) you can pay by credit card; or (3) you can pay by automatic deductions from your bank checking or savings account. You can pay by any Renewal Premium mode shown on your Certificate Schedule. (NOTE: Credit Card Payment is not permitted in some states.)
   1. **We Bill You:** If we bill you directly, you can pay quarterly, semi-annually, or annually, whichever you prefer. Premiums can be paid in advance. All premiums are payable to The Union Labor Life Insurance Company, Service Center, Valley Forge, PA 19493-3333.
   2. **You Pay By Credit Card:** If credit card payment is used, our receiving your credit card billing authorization is treated as payment. The credit card company assumes the duty to pay each premium when due. You are billed by them through the credit card. Premiums are paid for as long as you authorize payment and your credit card remains in effect. This is subject to the option of the credit card company not to make payment if your credit card account is over limit or past due. We will bill you directly if payment is not made by the credit card company.
   3. **You Pay By Automatic Bank Account:** If bank account payment is used, our receiving your authorization to deduct premiums from your bank account is treated as payment. The bank pays each premium when due. Premiums are paid for as long as you authorize payment, provided there are enough funds in your bank account to pay the premium. We will bill you directly if payment cannot be automatically deducted from your bank account.

B. **PAYMENT CANCELLATION:** If you choose to cancel credit card or bank account payments, you must notify us in writing. We will stop your billing. You must pay for any coverage prior to our receiving your notice. If you wish to continue coverage, we will bill you directly.

C. **RIGHT TO ADJUST PREMIUM RATES:** We may change rates, by class, on any date.

D. **GRACE PERIOD:** You have a grace period of 31 days after the due date to pay each renewal premium. The coverage stays in force if the premium is paid during this Grace Period. If the premium is not paid within this Grace Period, your Certificate will lapse.

E. **REINSTATEMENT:** Coverage stops if your renewal premium is not paid by the end of the Grace Period. If we later accept a premium without an application for reinstatement, that payment reinstates the Certificate. If we require an application for reinstatement, your Certificate reinstates on the date your application is approved. Your Certificate automatically reinstates on the 45th day after we get your late payment, unless we send you prior written notice of disapproval of your application. The reinstated Certificate covers only losses that result from Injuries which occur on or after the date of reinstatement. In all other respects your rights and our rights remain the same, unless any special provisions are added in connection with the reinstatement.

F. **UNPAID PREMIUM:** Any premium due and unpaid may be deducted from a death benefit.

## PART X: OTHER IMPORTANT INFORMATION

A. **LEGAL ACTIONS:** You may not bring a law suit against us (e.g., if we do not pay a claim): (1) during the 60 days after we receive written notice of loss; or (2) after 3 years from the time written proof of loss is required.

B. **PRONOUNS:** Masculine pronouns also refer to the feminine gender unless stated otherwise.

C. **OTHER INSURANCE IN THIS COMPANY:** If, at any one time, (1) you are covered by more than one similar Certificate or Policy issued by us, and (2) the aggregate face amount of accidental death benefits exceed $350,000, the excess insurance shall be void and all premiums paid for the excess shall be returned to you or your estate. This provision does not apply to any similar Certificate or Policy whose premium is paid on your behalf by a Group Policyholder or other similar entity.

D. **DIVIDENDS:** This is a participating Certificate. While it is in force, it is eligible for dividends. Each year we will determine our divisible surplus. This Certificate's share, if any, is credited as a dividend on the next Certificate Anniversary. Any dividend will be either: (1) paid in cash; or (2) applied toward the reduction of premiums during the next Certificate Year.

E. **CLERICAL ERROR:** Neither record keeping errors nor delays in making entries will keep this Certificate in force or continue insurance which was validly terminated. If we find any such error or delay, we will make a fair adjustment of premiums.

F. **ENTIRE CONTRACT, CHANGES:** The Policy, with any attached papers, and this Certificate, with any attached papers, is the entire contract of insurance. No change to the Policy or this Certificate will be effective until approved by one of our Officers. This approval must be noted on or attached to the Policy or this Certificate.

# FOR YOUR INFORMATION

Should you wish to contact us about a complaint on your certificate, call or write to:

The Union Labor Life Insurance Company
111 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Toll-Free Phone 800-542-5155

or

Illinois Department of Insurance
Consumer Services Section
320 West Washington Street
Springfield, Illinois 62767

ULLR-IL-1(685)



# ILLINOIS
# LIFE AND HEALTH INSURANCE GUARANTY
# ASSOCIATION LAW

Residents of Illinois who purchase health insurance, life insurance, and annuities should know that the insurance companies licensed in Illinois to write these types of insurance are members of the Illinois Life and Health Insurance Guaranty Association. The purpose of this Guaranty Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its policy obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the covered claims of policyholders that live in Illinois (and their payees, beneficiaries, and assignees) and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Guaranty Association is not unlimited, however, as noted below.

## ILLINOIS LIFE AND
## HEALTH INSURANCE GUARANTY ASSOCIATION

### DISCLAIMER

The Illinois Life and Health Insurance Guaranty Association provides coverage of claims under some types of policies if the insurer becomes impaired or insolvent. COVERAGE MAY NOT BE AVAILABLE FOR YOUR POLICY. Even if coverage is provided, there are substantial limitations and exclusions. Coverage is generally conditioned on continued residence in Illinois. Other conditions may also preclude coverage.

You should not rely on availability of coverage under the Life and Health Insurance Guaranty Association Law when selecting an insurer. Your insurer and agent are prohibited by law from using the existence of the Association or its coverage to sell you an insurance policy.

The Illinois Life and Health Insurance Guaranty Association or the Illinois Department of Insurance will respond to any questions you may have which are not answered by this document. Policyholders with additional questions should first contact their insurer or agent or may then contact:

Illinois Life and Health Insurance Guaranty Association
8420 West Bryn Mawr Avenue
Chicago, Illinois 60631
(773)714-8050

Illinois Department of Insurance
320 West Washington Street
4th Floor
Springfield, Illinois 62767
(217) 782-4515

### Summary of General Purposes And
### Current Limitations of Coverage

The Illinois law that provides for this safety-net coverage is called the Illinois Life and Health Insurance Guaranty Association Law ("Law") (215 ILCS 5/531.01, et seq.). The following contains a brief summary of the law's coverages, exclusions, and limits. This summary does not cover all provisions, nor does it in any way change anyone's rights or obligations under the Law or the rights or obligations of the Guaranty Association. If you have obtained this document from an agent in connection with the purchase of a policy, you should be aware that its delivery to you does not guarantee that your policy is covered by the Guaranty Association.

a) Coverage:

The Illinois Life and Health Insurance Guaranty Association provides coverage to policyholders that reside in Illinois for insurance issued by members of the Guaranty Association, including:

1) life insurance, health insurance, and annuity contracts;
2) life, health or annuity certificates under direct group policies or contracts;
3) unallocated annuity contracts; and
4) contracts to furnish health care services and subscription certificates for medical or health care services issued by certain licensed entities. The beneficiaries, payees, or assignees of such persons are also protected, even if they live in another state.

IL-GRTY-795

b) Exclusions from Coverage:

   1) The Guaranty Association does not provide coverage for:

      A) any policy or portion of a policy for which the individual has assumed the risk;

      B) any policy of reinsurance (unless an assumption certificate was issued);

      C) interest rate guarantees which exceed certain statutory limitations;

      D) certain unallocated annuity contracts issued to an employee benefit plan protected under the Pension Benefit Guaranty Corporation and any portion of a contract which is not issued to or in connection with a specific employee, union or association of natural persons benefit plan or a government lottery;

      E) any portion of a variable life insurance or variable annuity contract not guaranteed by an insurer; or

      F) any stop loss insurance.

   2) In addition, persons are not protected by the Guaranty Association if:

      A) the Illinois Director of Insurance determines that, in the case of an insurer which is not domiciled in Illinois, the insurer's home state provides substantially similar protection to Illinois residents which will be provided in a timely manner; or

      B) their policy was issued by an organization which is not a member insurer of the Association.

c) Limits on Amount of Coverage:

   1) The Law also limits the amount the Illinois Life and Health Insurance Guaranty Association is obligated to pay. The Guaranty Association's liability is limited to the lesser of either:

      A) the contractual obligations for which the insurer is liable or for which the insurer would have been liable if it were not an impaired or insolvent insurer, or

      B) with respect to any one life, regardless of the number of policies, contracts, or certificates:

         i) in the case of life insurance, $300,000 in death benefits but not more than $100,000 in net cash surrender or withdrawal values;

         ii) in the case of health insurance, $300,000 in health insurance benefits, including net cash surrender or withdrawal values; and

         iii) with respect to annuities, $100,000 in the present value of annuity benefits, including net cash surrender or withdrawal values, and $100,000 in the present value of annuity benefits for individuals participating in certain government retirement plans covered by an unallocated annuity contract. The limit for coverage of unallocated annuity contracts other than those issued to certain governmental retirement plans is $5,000,000 in benefits per contract holder, regardless of the number of contracts.

   2) However, in no event is the Guaranty Association liable for more than $300,000 with respect to any one individual.

IL-GRTY-795