## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RONDA MORRIS, Individually and as Independent Administrator of the Estate of Ramond L. Morris, deceased,** ) ) ) ) | |
| **Plaintiff,** ) ) | CIVIL NO. 10-999-GPM |
| **vs.** ) ) ) | |
| **HARTFORD LIFE INSURANCE COMPANY,** ) | |
| **Defendant.** | |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, by District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Plaintiff, **RONDA MORRIS, Individually and as Independent Administrator of the Estate of Ramond L. Morris, deceased,** shall recover nothing, from Defendant, **HARTFORD LIFE INSURANCE COMPANY**, and this action is **DISMISSED on the merits,** each party to bear their own costs.

**DATED**: February 13, 2012

NANCY J. ROSENSTENGEL, CLERK

By:  s/ Linda M. McGovern
         Deputy Clerk

APPROVED: s/G. Patrick Murphy
                G. Patrick Murphy
                United States District Judge